IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KR2421
(Inmate Number)

Marcellus A. Jones
(Name of Plaintiff)

1100 Pike St
(Address of Plaintiff)

Huntingdon PA 16654-1112

vs.

John Wetzel ET.AL.

(Names of Defendants)

13-1400
(Case Number)

COMPLAINT

FILED
SCRANTON
MAY 22 2013
Per_____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Marcellus A. Jones v. Taylor ET.AL. 3:12-CV-0487 I DONT KNOW WHICH JUDGE THE CASE WAS ASSIGNED TO BUT I BELIEVE IT TO BE JUDGE MUNLEY

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
✓ Yes _____ No

B. Have you filed a grievance concerning the facts relating to this complaint?
✓ Yes _____ No

If your answer is no, explain why not _____

C. Is the grievance process completed? ✓ Yes _____ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant JOHN WETZEL is employed as SECRETARY/HEAD OF THE PADOC at P.A.D.O.C HEADQUARTERS @ 1920 TECHNOLOGY PARKWAY MECHANICSBURG PA 17050

B. Additional defendants DORINA VARNER IS THE CHIEF GRIEVANCE OFFICER @ 1920 TECHNOLOGY PARKWAY MECHANICSBURG PA 17050; TABB BICKELL IS THE WARDEN/SUPERINTENDENT K. WALTERS & HARRIS ARE CAPTAINS FOGLE IS A LIEUTENANT & BOAL LONG CHERRY & NELSON ARE CORRECTIONS OFFICERS ("C.O.'S") AT S.C.I. HUNTINGDON ALONG WITH MEDICAL SUPERVISOR MARY LOU SHOWALTERS

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. ON OR ABOUT MAY 19, 2011 I WAS SUBJECTED TO CRUEL & UNUSUALLY PUNISHING TREATMENT WHEN LIEUTENANT FOGLE ORDERED BOAL LONG CHERRY & NELSON TO SPRAY ME WITH EXCESSIVE AMOUNTS OF PEPPER "O.C." SPRAY CAUSING ME TO FALL UNCONSCIOUS TABB BICKELL MARY-LOU SHOWALTERS CAPTAINS K. WALTERS & HARRIS GAVE FOGLE &

2. HIS SUBORDINATE STAFF MEMBER APPROVAL & AUTHORIZATION TO SPRAY ME IN DELIBERATE INDIFFERENCE TO MY SEVERALLY ASTHMATIC MEDICAL CONDITION & MY MENTAL HEALTH DISORDERS FURTHER JOHN WETZEL & DORINA VARNER THRU PREJUDICE & CALLOUS INDIFFERENCE IGNORED MY NUMEROUS LETTERS & THE GRIEVANCE

3. I FILED NOTIFYING THEM OF MY COMPLAINTS

2

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I NEED TO THE COURT(S) TO ISSUE INJUNCTIONS & DECLARATORY RELIEF ALONG WITH PUNITIVE OR COMPENSATORY DAMAGES AS AN AWARD FOR P"A"DOC STAFFS VIOLATIONS OF MY CONSTITUTIONAL RITES

2.

3.

Signed this 6TH day of MAY, 2013.

MARCELLUS O. JONES
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

MAY 6, 2013
(Date)

MARCELLUS O. JONES
(Signature of Plaintiff)

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCELLUS A. JONES,
   PLAINTIFF,
      v.
JOHN WETZEL ET AL,
   DEFENDANT(S).

: CIVIL COMPLAINT :#

**FILED**
**SCRANTON**

MAY 22 2013

Per_____ DEPUTY CLERK

## I. JURISDICTION & VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE LAW OF RITES SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION(S) 1331 & 1343(a)(3) PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 & 2202 PLAINTIFFS CLAIMS FOR RELIEF IN VIOLATION OF A.D.A. ARE AUTHORIZED UNDER 42 U.S.C. SECTION 12131(2) & 12131(1) PLAINTIFFS' CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 & 2284 AND THE RULE 65 OF FED. R. CIV. P.

2. IN THE UNITED STATES DISTRICT COURT(S) FOR THE MIDDLE DISTRICT OF PENNSYLVANIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVEN TO THIS CLAIM OCCURRED.

## II. PLAINTIFF

3. MARCELLUS A. JONES, (PLAINTIFF) IS & WAS AT ALL TIMES MENTIONED & RELEVANT HEREIN A PRISONER OF THE STATE OF PENNSYLVANIA IN THE CUSTODY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS HE IS CURRENTLY CONFINED IN S.C.I. HUNTINGDON PA. HUNTINGDON COUNTY

## III. DEFENDANT(S)

4. DEFENDANT: JOHN WETZEL, IS THE COMMISSIONER OF THE PENNSYLVANIA DEPARTMENT OF THE CORRECTIONS HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE DEPARTMENT & EACH INDIVIDUAL INSTITUTION UNDER THEIR JURISDICTION

5. DEFENDANT DORINA VARNER IS & WAS AT ALL TIMES MENTIONED & RELEVANT HEREIN THE CHIEF GRIEVANCE OFFICER FOR THE PENNSYLVANIA DEPARTMENT CORRECTIONS SHE IS LEGALLY RESPONSIBLE FOR PROVIDING REMEDIES TO GRIEVANCES ISSUES VIOLATIONS OF LAWS & VIOLATIONS OF DEPT. OF CORRECTIONS POLICY.

(1)

6. DEFENDANT: [illegible] is [illegible] who is [illegible] is responsible for the operation of S.C.I. Huntingdon & the welfare of all the prisoners there.

7. DEFENDANT: K. WALTERS, IS A CAPTAIN @ S.C.I. HUNTINGDON

8. DEFENDANT: HARRIS, IS A CAPTAIN @ S.C.I. HUNTINGDON

9. DEFENDANT: FOGLE, IS A LIEUTENANT @ S.C.I. HUNTINGDON

10. DEFENDANT: BOAL, IS A CORRECTIONS OFFICER ("C.O.") @ S.C.I. HUNTINGDON

11. DEFENDANT: LONG, IS A CORRECTIONS OFFICER ("C.O.") @ S.C.I. HUNTINGDON

12. DEFENDANT: CHERRY, IS A CORRECTIONS OFFICER ("C.O.") @ S.C.I. HUNTINGDON

13. DEFENDANT: NELSON, IS A CORRECTIONS OFFICER ("C.O.") @ S.C.I. HUNTINGDON

14. DEFENDANT: MARY-LOU SHOWALTERS (?) IS THE HEAD MEDICAL SUPERVISOR FOR THE MEDICAL DEPARTMENT @ S.C.I. HUNTINGDON

EACH DEFENDANT IS SUED INDIVIDUALLY & IN HIS OR HER OFFICIAL CAPACITY AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW

IV. COMPLAINT

15. MARCELLUS B. JONES, (PLAINTIFF), HEREBY COMPLAINS AGAINST DEFENDANT(S) CAPTIONED ABOVE.

V. BACKGROUND

16. SOMETIME DURING THE WEEK OF MAY 9, 2011, IN THE EARLY MORNING HOURS, S.C.I. HUNTINGDON'S RESTRICTED HOUSING UNIT ("R.H.U.") STAFF ANNOUNCED OVER THE LOUD SPEAKER THAT "BASICS" (i.e. BASIC HYGIENE SUPPLIES TOOTHPASTE SOAP etc) ARE BEING GIVEN OUT. AS JONES STOOD AT HIS CELL'S DOOR AS ORDERED WAITING TO BE GIVEN BASICS, BOAL WHO WAS ASSIGNED THE DUTY OF GIVING OUT BASICS THIS DAY STOPPED IN FRONT OF THE CELL JONES WAS HOUSED IN. & TOOK THE LOCKS OFF OF THE FEEDING APERTURE IN ORDER TO GIVE JONES THE BASICS THAT HE NEEDED. AT THIS TIME BOAL FOR HIS OWN UNKNOWN MALICIOUS REASONS RE-LOCKED THE LOCKS OF THE CELLS FEEDING APERATURE & STATED TO JONES "YOU'RE NOT GETTING SHIT BITCH" & WALKED AWAY. JONES THEN REQUESTED TO SPEAK TO A LIEUTENANT TO HAVE THE PROBLEM OF NOT GETTING ANY HYGIENE SUPPLIES FIXED. JONES EVENTUALLY SPOKE TO FOGLE & WAS TOLD HE "WAS NOT GETTING SHIT....". SO JONES THEN ASKED IF HE COULD SPEAK WITH A CAPTAIN OR ANOTHER OF FOGLES' SUPERVISORS, TO WHICH FOGLE STATED "YOU BETTER SHUT THE FUCK UP UNLESS U WANT TO GET PAINTED ORANGE (MEANING EXCESSIVE USE OF PEPPER SPRAY)". JONES THEN COVERED HIS CELL'S DOOR WITH HIS TOWEL IN ORDER TO HAVE ONE OF FOGLES' SUPERVISORS ON DUTY ADDRESS HIS COMPLAINT. JONES WAS THEN "PAINTED ORANGE", AS HE WAS SPRAYED WITH OVERWHELMING AMOUNTS OF "O.C." PEPPER SPRAY UNTIL HE WAS RENDERED UNCONSCIOUS - SEMI-CONSCIOUS, BY LONG FOGLE CHERRY BOAL & NELSON. JONES WAS THEN PARADED NAKED THRU S.C.I. HUNTINGDON'S R.H.U. TO HUMILIATE, EMBARRASS & PSYCHOLOGICALLY TRAUMATIZE HIM. HE WAS CARRIED NUDE IN FRONT OF FEMALE MEDICAL STAFF & OTHER PRISONERS

(5)

AS A RESULT OF EXCESSIVE O.C. USAGE BY FOGLE, CHERRY, NELSON, BOAL, LONG ETC. JONES WAS LEFT TO SUFFER HORRIFIC PAIN AS THE COMBINATION OF TOO MUCH O.C. & JONES SEVERE WELL DOCUMENTED ASTHMA CONDITION LEFT HIM COMATOSE

## VI. FACTS

17. THAT ON THE DATE IN QUESTION JONES WAS IN S.C.I. HUNTINGDON'S R.H.U. & COMPLIANT WITH ALL ORDERS GIVEN IN EXPECTATION OF RECEIVING HYGIENE SUPPLIES

18. THAT FOR REASON BOAL DENIED JONES ANY HYGIENE SUPPLIES

19. THAT JONES REPORTED THIS DENIAL TO FOGLE WHO IN FURTHERANCE OF THIS UNWARRANTED DENIAL REFUSED JONES ANY OTHER REMEDIES

20. THAT JONES LACK OF CONSCIOUSNESS WAS CAUSED BY FOGLE, BOAL, LONG, CHERRY, NELSON'S EXCESSIVE O.C. USAGE & THAT BICKEL, K. WALTER & HARRIS AUTHORIZED THIS EXCESSIVE O.C. USAGE

21. THAT JONES WAS UNDER THE INFLUENCE OF PSYCHOTROPIC MEDICATIONS FOR HIS MENTAL HEALTH DISORDERS

22. THAT MEDICAL SUPERVISOR MARY-LOU SHOULDERS APPROVED OF O.C. USAGE AGAINST JONES CAUSING HIM TO PASS OUT FROM ASTHMA SUFFERAGE

## VII. LEGAL CLAIMS

(1) CRUEL & UNUSUAL PUNISHMENT (OBJECTIVE STANDARD)

23. 

24. THAT JONES WAS & IS BEING SUBJECTED TO CRUEL & UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT TO THE U.S. CONSTITUTION & ART. I § 13 OF THE P.A. CONSTITUTION BY USING EXCESSIVE FORCE SUBJECTING HIM TO UNNECESSARY WANTON INFLICTION OF PHYSICAL & MENTAL PAIN VIOLATING CIVILIZED STANDARDS OF HUMAN DECENCY THRU THEIR ACTIONS & OMISSIONS THE DEFENDANTS HAVE BEEN & CONTINUES WITHOUT MERCY TO SUBJECT JONES TO TERRORISTIC TORTUROUS[1] CONFINEMENT THESE PUNISHMENTS/ TORTURE INCLUDES BUT ARE NOT LIMITED TO:

---

[1] THE PLAINTIFF DOES NOT USE THE TERM "TORTURE" LIGHTLY, IN FACT THE CONDUCT OF DEFENDANTS FOGLE, BOAL, CHERRY, LONG & NELSON MEETS THE LEGAL DEFINITION OF "TORTURE" WITHIN THE FEDERAL TORTURE ACT:

(1) "TORTURE" MEANS AN ACT COMMITTED BY A PERSON ACTING UNDER THE COLOR OF LAW SPECIFICALLY INTENDED TO INFLICT SEVERE PHYSICAL OR MENTAL PAIN OR SUFFERING...

(2) "SEVERE MENTAL PAIN OR SUFFERING" MEANS THE PROLONGED MENTAL HARM CAUSED BY OR RESULTING FROM -- (A) THE INTENTIONAL INFLICTION OR THREATENED INFLICTION OF SEVERE PHYSICAL PAIN OR SUFFERING

29 U.S.C. § 2340 A (a)

(6)

(i) ASSAULTING JONES
(ii) USING EXCESSIVE FORCE AGAINST JONES BEYOND HUMAN DECENCY STANDARDS
(iii) CARRYING JONES NUDE THRU THE R.H.U. CAUSING HIM TO SUFFER CONTINUOUS RIDICULE FROM OTHER PRISONERS & SCI HUNTINGDON STAFF

25  (2) EXHAUSTION OF ADMINISTRATIVE REMEDIES (SUBJECTIVE STANDARD-DELIBERATE INDIFFERENCE)

(iv) JONES HAS FILED & APPEALED THE PRISONS GRIEVANCE REQUIREMENT TO NO AVAIL

(v) JONES ALSO HAS SENT NUMEROUS LETTERS TO JOHN WETZEL, JAMES BARNACLE & OTHER P"A" D.O.C. STAFF & HAS NOT GOTTEN ANY RELIEF YET

(vi) JONES NOTIFIED TABB BICKELL DEPUTIES ECKERD & GARMAN ETC. TO INFORM SCI HUNTINGDONS ADMINISTRATIVE SUPERVISOR OF IMPORTANT WITNESS WITH INFORMATION RELEVANT TO TO THIS MATTER

VIII. EMOTIONAL & MENTAL INJURY

26  JONES AS A RESULT OF THIS UNNECESSARY WANTON ATTACK HAS BECOME EXTREMELY DEPRESSED EMOTIONALLY UNSTABLE & DETRIMENTALLY SUICIDAL DUE TO THE DEFENDANTS UNMERCIFUL INFLICTION OF PHYSICAL MENTAL & EMOTIONAL ABUSE OF HIM

27  PLAINTIFF AVERS THAT A "SPECIAL RELATIONSHIP" EXISTS BETWEEN JOHN WETZEL, DORINA VARNER, TABB BICKELL, MARY-LOU SHOWALTERS, K.WALTERS & HARRIS THESE OFFICIALS WERE CHARGED A DUTY ENSURING A SAFE PRISON ENVIRONMENT

28  THESE DEFENDANTS ARE LIABLE FOR THE UNCONSTITUTIONAL ACTS OF THE DEFENDANT C.O.'S INVOLVED IN THE EVENTS COMPLAINED OF DUE TO THEIR NEGLIGENCE REGARDING LAWS PROMULGATION & ENFORCEMENT OF THE RULES REGULATIONS & POLICIES PRACTICES CUSTOMS OR USAGES WHICH WERE IN EFFECT PRIOR TO & AT THE TIME OF THE EVENTS IN QUESTION

(A) IN DELIBERATE INDIFFERENCE TO & IN RECKLESS DISREGARD OF THE PRISON POPULATION INCLUDING BUT NOT LIMITED TO PLAINTIFF DEFENDANT(S) JOHN WETZEL TABB BICKELL K. WALTERS MARY-LOU SHOWALTERS & HARRIS GAVE THEIR APPROVAL THRU SILENT CONSENT &/OR ACQUIESCENCE TO THEIR SUBORDINATE STAFF MEMBERS CONDONING THE EXCESSIVE UNNECESSARY USE OF FORCE USED AGAINST JONES IN VIOLATION OF HIS EIGHTH AMENDMENT RITES

(B) IN DELIBERATE INDIFFERENCE TO & IN RECKLESS DISREGARD OF THE THREAT THE OFFICIAL PRACTICE & CUSTOM OF O.C. USAGE POSED TO JONES' HEALTH SAFETY & WELFARE AS AN AMERICAN WITH DISABILITIES THESE DEFENDANT(S) JOHN WETZEL DORINA VARNER TABB BICKELL MARY-LOU SHOWALTERS K. WALTERS & HARRIS CONSENTED TO & AUTHORIZED THE EXCESSIVE SPRAYING OF JONES WHO IS MENTALLY HANDICAPPED


(4)

(c) IN DELIBERATE INDIFFERENCE TO & IN RECKLESS DISREGARD OF OR IN POSSESSION OF CERTAIN POWERS THE DEFENDANT(S) WERE CLOAKED UNDER COLOR OF LAW & ABUSED SAID POWER BY HAVING JONES EXCESSIVELY SPRAYED WITH PEPPER "O.C." SPRAY BY THEIR SUBORDINATES

(D) IN DELIBERATE INDIFFERENCE TO & IN RECKLESS DISREGARD OF THE UNITED STATES CONSTITUTIONS & PENNSYLVANIA STATE LAW THE DEFENDANT(S) WHETHER THRU SANCTIONING BY ACT(S) OR OMISSION(S) OR THE LITERAL PHYSICAL ATTACK WERE IN VIOLATION OF JONES CONSTITUTIONAL PRIVILEGES IMMUNITIES & RITES

JONES REALLEGES & INCORPORATES PARAGRAPHS 1-28

29  WHEREFORE JONES AVERS THAT THE DEFENDANT(S) VIOLATED HIS 1st 4th 8th & 14th AMENDMENT RITES THRU APPROVAL OF THEIR SUBORDINATES PERSISTENT TORTUROUS & ABUSIVE BEHAVIOR WHICH AMOUNTED TO EXTREME GROSS NEGLIGENCE IN THE LEAST & AT WORST A VIOLATION OF THE FEDERAL TORTURE ACT AS DEFINED ABOVE

30  JONES HAS NO PLAIN ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN JONES HAS BEEN & WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THE COURT(S) GRANT THE DECLARATORY & INJUNCTIVE RELIEF WHICH JONES SEEKS

IX.  PRAYER FOR RELIEF

31  WHEREFORE JONES RESPECTIVELY & SO PRAYS THAT THE COURT(S) ENTER JUDGEMENT GRANTING HIM:

32  A DECLARATION THAT THE ACTS & OMISSIONS DESCRIBED HEREIN VIOLATED JONES' RITES UNDER THE CONSTITUTION & LAWS OF THE UNITED STATES

33  A PRELIMINARY & PERMENANT INJUNCTION ORDERING DEFENDANT(S): JOHN WETZEL DORINA VARNER & TABB BICKELL TO TRANSFER JONES ULTIMATELY REMOVING JONES FROM ANY & ALL POSSIBLE FUTURE ATTACKS STEMMING FROM RETALIATION

34  A RESTRAINING ORDER STOPPING THE DEFENDANT(S) FROM SPRAYING OR HAVING JONES SPRAYED ALONG WITH DEFENDANT(S) BEING RESTRAINED FROM TAKING JONES' PROPERTY (IE LEGAL ETC.)

35  COMPENSATORY DAMAGES IN THE AMOUNT OF $95,000.00 AGAINST DEFENDANT(S) JOINTLY & SEVERALLY

36  PUNITIVE DAMAGES IN THE AMOUNT OF $2,500.00 AGAINST EACH DEFENDANT

37  A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY

38  PLAINTIFFS' COST IN THIS SUIT

39  ANY ADDITIONAL RELIEF THE COURT(S) JUST PROPER & EQUITABLE

(5)

40  DATE: 5-6-2013
RESPECTFULLY SUBMITTED
MARCELLUS A. JONES
#KR 2421
S.C.I. @ HUNTINGDON
1100 PIKE ST
HUNTINGDON PA 16654

41  X° VERIFICATION
I HAVE READ THE FOREGOING COMPLAINT & HEREBY VERIFY THAT THE MATTERS ALLEGED UPON INFORMATION & BELIEF & AS TO THOSE I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE & CORRECT.

42  EXECUTED @: HUNTINGDON COUNTY PENNA.
ON THIS: THE 6TH DAY OF MAY 2013
MARCELLUS A. JONES

(6)

| DC-138A | U.S. District Court |
|---|---|
| **CASH SLIP** | P.O. Box 1148 |
| | 235 N. Washington |
| | Scranton, PA 18501 |
| | COMMONWEALTH OF PENNSYLVANIA |
| | DEPARTMENT OF CORRECTIONS |

**1. REQUISITIONING INMATE**

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
|---|---|---|---|
| JC3486 | Robert W. Dent | C.A. #2U | 5/18/13 |

**2. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please deduct the amount that is needed for Postage from my account

**3. INMATE'S SIGNATURE**: Robert W. Dent

**4. OFFICIAL APPROVAL**: [signature]

**5. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED $ | DATE | BOOKKEEPER |
|---|---|---|
| | | |

Name  Marcellus A. Swes
Number  KR242
1100 Pike Street
Huntingdon, PA 16654-1112

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

CLERK OF COU
THE UNITED STATES DISTR
DISTRICT OF PENNSYLVANIA
235 WASHINGTON AVE
SCRANTON PA 18501-1148

RECEIVED
SCRANTON
MAY 22 2013
PER
DEPUTY CLERK

Inmate Mail - PA DEPT OF CORRECTIONS




$ 00.86⁰
MAY 17 2013
MAILED FROM ZIP CODE 166
02 1M
0008002952



