# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCELLUS A. JONES, | : |
| Plaintiff, | : |
| v. | : No.: 4:13-CV-1400 |
| JOHN MURRAY, ET AL., | : (Judge Brann) |
| Defendants. | : |

## ORDER

**AND NOW**, this 27th day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Remaining Defendants' motion for summary judgment (Doc. 107) is **GRANTED**.

2. Plaintiff's motions to reopen discovery (Doc. 131); for sanctions (Doc. 132) and to compel discovery (Doc. 126) are **DENIED**.

3. The Clerk of Court is directed to **CLOSE** the case.

4. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge